IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES KEITH RUSHBROOK,
    Plaintiff,

vs.                                                          Case No.: 3:20cv2684/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

By order of this court dated February 7, 2020, Plaintiff was given thirty (30) days in which to either pay the filing fee or submit a completed motion to proceed in forma pauperis and file an amended complaint (ECF No. 3). The order was returned as undeliverable because Plaintiff was released from the Escambia County Jail ("Jail") (ECF No. 5). The clerk of court contacted the Jail to inquire as to whether Plaintiff provided an address upon release. Jail officials confirmed he had and provided that address to the clerk of court. On February 19, 2020, the clerk of court resent the order to Plaintiff at the address provided by the Jail (*see* ECF Nos. 5, 6); that document has not been returned.

More than thirty days have elapsed since the clerk of court resent the order to Plaintiff at his release address, and Plaintiff has neither paid the filing fee or

submitted a completed motion to proceed in forma pauperis nor filed an amended complaint.  Based on the Court's inability to contact Plaintiff, the issuance of any further orders would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this matter be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court and failure to keep the Court apprised of his mailing address.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 24th day of March 2020.

> */s/ Elizabeth M. Timothy*
> **ELIZABETH M. TIMOTHY**
> **CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  A copy of objections must be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv2684/LAC/EMT