IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES KEITH RUSHBROOK,
    Plaintiff,

vs.                          Case No.: 3:20cv2684/LAC/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants. n
_____/

## **O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 24, 2020 (ECF No. 7). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

      Having considered the Report and Recommendation, I have determined it should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court and failure to keep the Court apprised of his mailing address.

3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of April, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv2684/LAC/EMT